NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000375
16-FEB-2017
07:56 AM**

NO. CAAP-16-0000375

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

LORENE S. CHU SCHLEINDL, Plaintiff-Appellant, and
DR. MICHAEL SCHLEINDL, Plaintiff-Appellee,
v.
DR. ROBERT F. KISSENBERGER,
DPT; BALANCE CENTERS OF THE PACIFIC, INC.,
Defendants-Appellees,
and
JOHN DOES 1-5, JANE DOES 1-5, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 15-1-1158)

ORDER APPROVING THE FEBRUARY 6, 2017
"STIPULATION TO DISMISS APPEAL"
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the Stipulation to Dismiss
Appeal, filed February 6, 2017, by Plaintiff-Appellant Lorene S.
Chu Schleindl, pro se, it appears that (1) the appeal was
docketed on May 14, 2016; (2) pursuant to Hawaiʻi Rules of
Appellate Procedure Rule 42(b), the parties stipulate to dismiss
the appeal with prejudice and bear their own costs and attorneys'

fees on appeal; and (3) the stipulation is dated and signed by all parties appearing pro se and counsel for all represented parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with prejudice. The parties shall bear their own costs and attorneys' fees on appeal.

DATED: Honolulu, Hawai'i, February 16, 2017.

Presiding Judge

Associate Judge

Associate Judge